v.

Michael J. BINNS, Appellant.

No. ED 77359.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 30, 2001.

Tracy JACKSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58598.

Missouri Court of Appeals,
Western District.

Feb. 6, 2001.

Tara L. Jensen, Asst. Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ULRICH, P.J., and EDWIN H. SMITH and NEWTON, JJ.

## ORDER

PER CURIAM.

Tracy Jackson appeals from the order of the circuit court denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).